1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163173)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
     150 Almaden Blvd., Suite 900
6    San Jose, California 95113
     Telephone: (408) 535-5056
7    FAX: (408) 535-5066
     Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                    FILED
                    DEC 2 3 2009
                    RICHARD W. WIEKING
                    CLERK, U.S. DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
                    SAN JOSE

                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

                       SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-01118 JF |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| BEOB JOON YOO, | |
| Defendant. | SAN JOSE VENUE |

On December 2, 2009, the undersigned parties appeared before the Court for an arraignment on an indictment. During the appearance, Assistant United States Attorney Susan Knight requested an exclusion of time under the Speedy Trial Act from December 2, 2009 to January 6, 2010 in order to provide discovery to Assistant Federal Public Defender Cynthia Lie and to afford her an opportunity to review it. The undersigned parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:                         JOSEPH P. RUSSONIELLO
                                       United States Attorney

DATED: 12/10/09                        _____/s/_____
                                       SUSAN KNIGHT
                                       Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
No. CR 09-01015 JF                              1

DATED: 12/10/09

          /s/
CYNTHIA C. LIE
Assistant Federal Public Defender

### ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from December 2, 2009 to January 6, 2010. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: 12/23/09

HOWARD R. LLOYD
United States Magistrate Judge