```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone:  (408) 535-5056
    FAX: (408) 535-5066
    Susan.Knight@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BEOB JOON YOO, )<br>JUN HEE JI, and )<br>HAK CHON LEE, )<br>)<br>)<br>Defendants. )<br>_____ ) | No. CR 09-01118 JF<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING STATUS<br>HEARING AND EXCLUDING TIME<br>UNDER THE SPEEDY TRIAL ACT<br><br><br>SAN JOSE VENUE |

The undersigned parties respectfully request that the status hearing scheduled for August 12, 2010 be continued to September 16, 2010.  The reason for the continuance is that Jack Gordon, counsel for defendant Ji will be out of town.  In addition, the government is continuing to provide discovery to defense counsel, and will shortly be searching computers seized from a search warrant executed in December 2009.  The parties request an exclusion of time under the Speedy Trial Act from August 12, 2010 to September 16, 2010.  The parties agree and stipulate that a waiver of time is appropriate based on the defendants' need for continuity and effective preparation of counsel.

1  SO STIPULATED:                           JOSEPH P. RUSSONIELLO
                                            United States Attorney
2

3  DATED: 8/9/10                            _____/s/_____
                                            SUSAN KNIGHT
4                                           Assistant United States Attorney

5
   DATED: 8/9/10                            _____/s/_____
6                                           JACK GORDON
                                            Counsel for Mr. Ji
7
   DATED: 8/9/10                            _____/s/_____
8                                           PATRICK VALENCIA
                                            Counsel for Mr. Yoo
9

10 DATED: 8/9/10                            _____/s/_____
                                            KIRK ELLIOTT
11                                          Counsel for Mr. Lee

12
                                    ORDER
13

14     Accordingly, the Court HEREBY ORDERS that the status hearing in <u>United States v. Yoo, et

15 al</u> is continued to September 16, 2010 at 9:00 a.m.

16     For good cause shown, the Court FURTHER ORDERS that time be excluded under the

17 Speedy Trial Act from August 12, 2010 to September 16, 2010.  The Court finds, based on the

18 aforementioned reasons, that the ends of justice served by granting the requested continuance

19 outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant

20 the requested continuance would deny defense counsel reasonable time necessary for effective

21 preparation, taking into account the exercise of due diligence, and would result in a miscarriage

22 of justice.  The Court therefore concludes that this exclusion of time should be made under 18

23 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

24 SO ORDERED.

25

26 DATED: 8/11/10                           _____
                                            JEREMY FOGEL
27                                          United States District Judge

28