1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
   MIRANDA KANE (CSBN 150630)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
      150 Almaden Blvd., Suite 900
6     San Jose, California 95113
      Telephone:  (408) 535-5056
7     FAX: (408) 535-5066
      Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA,        ) No. CR 09-01118 JF
   |                                  )
14 |        Plaintiff,                ) STIPULATION AND [PROPOSED]
   |                                  ) ORDER CONTINUING STATUS
15 |        v.                        ) HEARING AND EXCLUDING TIME
   |                                  )
16 | BEOB JOON YOO,                   ) SAN JOSE VENUE
   |                                  )
17 |        Defendant.                )
   |                                  )
18 |                                  )

19

20     The undersigned parties respectfully request that the sentencing hearing in the above-

21 captioned case scheduled for June 9, 2011 be continued to July 28, 2011.  The parties anticipate

22 reaching a resolution in this case.  However, agents from Immigration and Customs Enforcement

23 are finalizing a taint review of computers seized from the defendant's business, and will then

24 provide the evidence to the investigative team.  The government implemented a taint review of

25 the computer evidence because the computers likely contain documents protected by the

26 attorney-client privilege.  The parties also request an exclusion of time from June 6, 2011

27 //

28 //

STIPULATION AND [PROPOSED] ORDER
CR 09-01118 JF                                    1

through July 28, 2011 under the Speedy Trial Act.  The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:           MELINDA HAAG
                         United States Attorney

DATED: 6/6/11            _____/s/_____
                         SUSAN KNIGHT
                         Assistant United States Attorney

DATED: 6/6/11            _____/s/_____
                         PATRICK VALENCIA
                         Counsel for Mr. Yoo

## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing in <u>United States v. Beob Joon Yoo</u> currently scheduled for June 9, 2011 is continued to July 28, 2011.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: 6/8/11            _____
                         JEREMY FOGEL
                         United States District Judge