FILED
NOV 08 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

FILED
NOV 08 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

  150 Almaden Blvd., Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5056
  FAX: (408) 535-5066
  Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 09-01118 DLJ |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER CONTINUING HEARING DATE |
| | ) AND EXCLUDING TIME UNDER THE |
| BEOB JOON YOO, | ) SPEEDY TRIAL ACT |
| | ) |
| Defendant. | ) SAN JOSE VENUE |

The undersigned parties respectfully request that the status hearing currently scheduled for November 8, 2011 be continued to November 29, 2011. The reason for the continuance is that defense counsel Patrick Valencia is continuing his investigation, and needs additional time to review the evidence in the case. In addition, the Court is unavailable on November 8, 2011. The parties also request an exclusion of time under the Speedy Trial Act from November 8, 2011 through November 29, 2011. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:    MELINDA HAAG
                  United States Attorney

DATED: 11/7/11         /s/
                  SUSAN KNIGHT
                  Assistant United States Attorney

DATED: 11/7/11

/s/
PATRICK VALENCIA
Counsel for Mr. Yoo

ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing in United States v. Beob Joon Yoo scheduled for November 8, 2011 is continued to November 29, 2011 at 9:00 a.m.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from November 8, 2011 through November 29, 2011. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: Nov 8, 2011

D. LOWELL JENSEN
United States District Judge