| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | SUSAN KNIGHT (CSBN 209013)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Blvd., Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5056 |
| 7 | FAX: (408) 535-5066<br>Susan.Knight@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-01118 DLJ |
| Plaintiff, | ) ) | STIPULATION AND [ ] ORDER CONTINUING HEARING DATE |
| v. | ) ) | AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| BEOB JOON YOO, | ) ) | |
| Defendant. | ) | SAN JOSE VENUE |

The undersigned parties respectfully request that the change of plea hearing currently scheduled for May 10, 2012 be continued to June 14, 2012. The reason for the continuance is that defense counsel Patrick Valencia will be in trial in state court beginning on May 7, 2012. The parties also request an exclusion of time under the Speedy Trial Act from May 10, 2012 through June 14, 2012 2012. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:                    MELINDA HAAG
                                  United States Attorney

DATED: 5/3/12                     _____/s/_____
                                  SUSAN KNIGHT
                                  Assistant United States Attorney

STIPULATION AND [ ] ORDER
CR 09-01118 DLJ                          1

1  DATED: 5/3/12                              /s/
2                                             PATRICK VALENCIA
                                              Counsel for Mr. Yoo
3

4                                      ORDER
5

6     Accordingly, for good cause shown, the Court HEREBY ORDERS that the change of plea
7  hearing in <u>United States v. Beob Joon Yoo</u> currently scheduled for May 10, 2012 is continued to
8  June 14, 2012 at 9:00 a.m.
9     The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from
10 May 10, 2012 through June 14, 2012.  The Court finds, based on the aforementioned
11 reasons, that the ends of justice served by granting the requested continuance outweigh the best
12 interest of the public and the defendant in a speedy trial.  The failure to grant the requested
13 continuance would deny defense counsel reasonable time necessary for effective preparation,
14 taking into account the exercise of due diligence, and would result in a miscarriage of justice.
15 The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§
16 3161(h)(7)(A) and (B)(iv).
17 SO ORDERED.
18 DATED: ÍÐÐFG                              _____
19                                             D. LOWELL JENSEN
                                              United States District Judge

STIPULATION AND [] ORDER
CR 09-01118 DLJ                       2