1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
     150 Almaden Blvd., Suite 900
6    San Jose, California 95113
     Telephone: (408) 535-5056
7    FAX: (408) 535-5066
     Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                  UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                  SAN JOSE DIVISION
12
   UNITED STATES OF AMERICA,         )   No. CR 09-01118 DLJ
13                                   )
        Plaintiff,                   )   STIPULATION AND []
14                                   )   ORDER CONTINUING SENTENCING
        v.                           )   DATE
15                                   )
   BEOB JOON YOO,                    )   SAN JOSE VENUE
16                                   )
        Defendant.                   )
17  _____)

18      The undersigned parties respectfully request that the sentencing hearing currently

19  scheduled for September 20, 2012 be continued to October 25, 2012.  The reason for the

20  continuance is that the government is waiting to receive victim-impact statements from several

21  victims.  These letters are necessary for Probation Officer Benjamin Flores to complete his

22  presentence investigation.  The parties have informed Officer Flores of the new date, and he has

23  no objection.

24  SO STIPULATED:                          MELINDA HAAG
                                            United States Attorney
25
    DATED: 8/21/12                                    /s/
26                                          _____
                                            SUSAN KNIGHT
                                            Assistant United States Attorney
27
    DATED: 8/21/12                                    /s/
28                                          _____
                                            PATRICK VALENCIA
                                            Counsel for Mr. Yoo

STIPULATION AND [] ORDER
CR 09-01118 DLJ

## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing in <u>United States v. Beob Joon Yoo</u> currently scheduled for September 20, 2012 is continued to October 25, 2012 at 10:00 a.m.

SO ORDERED.

DATED: _____           _____
                                 D. LOWELL JENSEN
                                 United States District Judge

STIPULATION AND [] ORDER
CR 09-01118 DLJ                         2