1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
   150 Almaden Blvd., Suite 900
6  San Jose, California 95113
   Telephone:  (408) 535-5056
7  FAX: (408) 535-5066
   Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                  UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN JOSE DIVISION
12

13 UNITED STATES OF AMERICA,         )   No. CR 09-01118 DLJ
                                     )
14     Plaintiff,                    )   STIPULATION AND []
                                     )   ORDER CONTINUING SENTENCING
       v.                            )   DATE
15                                   )
16 BEOB JOON YOO,                    )   SAN JOSE VENUE
                                     )
17     Defendant.                    )
   _____)

18     The undersigned parties respectfully request that the sentencing hearing currently

19 scheduled for November 29, 2012 be continued to February 28, 2013.  The reason for the

20 continuance is that Probation Officer Benjamin Flores needs to complete his presentence

21 investigation, and Assistant United States Attorney Susan Knight is unavailable for several

22 weeks in early February due to a trial before the Honorable Ronald M. Whyte.  The parties have

23 informed Officer Flores of the new date, and he has no objection.

24 SO STIPULATED:                     MELINDA HAAG
                                      United States Attorney
25
   DATED: 11/15/12                    _____/s/_____
26                                    SUSAN KNIGHT
                                      Assistant United States Attorney
27
   DATED: 11/15/12                    _____/s/_____
28                                    PATRICK VALENCIA
                                      Counsel for Mr. Yoo

STIPULATION AND [] ORDER
CR 09-01118 DLJ

## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing in <u>United States v. Beob Joon Yoo</u> currently scheduled for November 29, 2012 is continued to February 28, 2013 at 10:00 a.m.

SO ORDERED.

DATED:_____          _____
                                                              D. LOWELL JENSEN
                                                              United States District Judge