MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone:  (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-01118 DLJ |
| | ) | |
|    Plaintiff, | ) | STIPULATION AND [] |
| | ) | ORDER CONTINUING SENTENCING |
|    v. | ) | DATE |
| | ) | |
| BEOB JOON YOO, | ) | SAN JOSE VENUE |
| | ) | |
|    Defendant. | ) | |
| _____ | ) | |

     The undersigned parties respectfully request that the sentencing hearing currently scheduled for February 28, 2013 be continued to May 16, 2013.  The reason for the continuance is that Probation Officer Benjamin Flores needs to complete his presentence investigation, and Assistant United States Attorney Susan Knight is unavailable for several weeks in mid-March due to a trial before the Honorable Ronald M. Whyte.  The parties have informed Officer Flores of the new date, and he has no objection.

SO STIPULATED:

DATED:

DATED:

MELINDA HAAG
United States Attorney

_____/s/_____
SUSAN KNIGHT
Assistant United States Attorney

_____/s/_____
PATRICK VALENCIA
Counsel for Mr. Yoo

1

2

3
<u>ORDER</u>

    Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing

hearing in *United States v. Beob Joon Yoo* currently scheduled February 28, 2013 is

continued to May 16, 2013 at 10:00 a.m.

SO ORDERED.

DATED:_____

                                   _____

                                   D. LOWELL JENSEN
                                   United States District Judge